# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Riley S. Kuntz, | ) | |
| Plaintiff, | ) ) ) | **ORDER OF RECUSAL** |
| vs. | ) ) | |
| Department of Justice, | ) ) | Case No.: 1:19-cv-070 |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 22nd day of July, 2019.

                                             */s/ Clare R. Hochhalter*
                                             Clare R. Hochhalter, Magistrate Judge
                                             United States District Court